## DIVIDENDS REMITTED TO THE COURT
Check Number 1005 Dated 06/08/11
Case Number 10-33926 - WENDORFF, JASON ALAN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| SANFORD LABORATORIES<br>PO BOX 5056<br>SIOUX FALLS SD 57117 | 000001 | 203.19 | 0.89 |
| ---------- Remittance Total --------------- | | 203.19 | 0.89 |

_____
CHARLES W. RIES, Trustee